**Paul NAGY, Plaintiff–Appellant,**

v.

**Michael Arthur SCHAEFER, Dr.; Donna J. Tomawski; United States of America, Defendants–Appellees.**

**No. 02–6998.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2002.

Decided Sept. 9, 2002.

Paul Nagy, Appellant Pro Se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Paul Nagy appeals the district court's order dismissing, pursuant to 28 U.S.C.A. § 1915(e) (West Supp.2002) this action filed under the Federal Tort Claims Act and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Nagy v. Schaefer,* No. CA–02–230–5–H (E.D.N.C. June 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*